IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01144–EWN–BNB

ROBERT SAIZ, Individually, and,
BRIGHTON SANTA-FE INC., d/b/a
Brighton Depot, Inc., a Colorado
corporation,

    Plaintiffs,

v.

ST. PAUL TRAVELERS COMPANIES, INC. ,
a Minnesota corporation, and
CHARTER OAK FIRE INSURANCE Co., a
Connecticut corporation,

    Defendants.

---

## ORDER GRANTING THE STIPULATED MOTION TO DISMISS DEFENDANT ST. PAUL TRAVELERS COMPANIES, INC. WITHOUT PREJUDICE

---

The Court, upon receipt of the parties' Stipulated Motion to Dismiss Defendant St. Paul Travelers Companies, Inc. Without Prejudice, and being fully advised in the premises, hereby

GRANTS the Motion, and ORDERS that St. Paul Travelers Companies, Inc. is dismissed, without prejudice, as a Defendant in this case, and

FURTHER ORDERS that the case caption shall be amended accordingly.

Dated: August 23, 2006

                                BY THE COURT.


                                s/ Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge