IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01144-EWN-BNB | Date: November 2, 2006 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| ROBERT SAIZ, individually<br>BRIGHTON-SANTA FE, INC.,<br>a Colorado corporation doing business<br>as BRIGHTON DEPOT, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER OAK FIRE INSURANCE<br>COMPANY,<br>a Connecticut corporation<br><br>Defendant. | Jeremy Sitcoff<br><br><br><br><br><br><br><br><br>Max Jones Jr. |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     1:32 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiffs' motion for leave to file first amended complaint(9/18/06 #20) is TAKEN UNDER ADVISEMENT.**

Court in Recess     1:42 p.m.     Hearing concluded.

Total time in court:     00:10