IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01144-EWN-BNB

ROBERT SAIZ, individually, and
BRIGHTON SANTA-FE INC., d/b/a Brighton Depot, Inc., a Colorado corporation,

Plaintiffs,

v.

CHARTER OAK FIRE INSURANCE CO., a Connecticut corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Preliminary Pretrial Order** [docket no. 37, filed November 28, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Preliminary Pretrial Order is amended as follows:

The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 5, 2007**;

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 7, 2007**.

DATED:  November 30, 2006