IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01144-EWN-BNB

ROBERT SAIZ, individually, and
BRIGHTON SANTA-FE INC., d/b/a Brighton Depot, Inc., a Colorado corporation,

Plaintiffs,

v.

CHARTER OAK FIRE INSURANCE CO., a Connecticut corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion to Amend Scheduling Order to Extend Discovery Cut-Off** [docket no. 57, filed February 7, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **March 2, 2007**.

DATED:  February 8, 2007